UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Friedrich Lu, Plaintiff | ) | Civil Action No |
| v | ) | |
| Iesha Niles, Defendant | ) | <u>COMPLAINT</u> |

(1)     The court has subject matter jurisdiction over this matter under 28 USC § 1331.

(2)     Each represented by a single letter, employees of Boston Public Health Commission (BPHC) are sued in their personal capacity.

(3)     On Aug 31 (all dates are of 2016), at the check point of the city-run homeless shelter (whose address is 112 Southampton Street. Boston, MA 02118) BPHC officer (badge number said to be 304 or 307) barred Lu (despite lack of authority and Lu's request to bring supervisor to the scene), told A: "Just say he can not stand." Fellow BPHC officers literally closed rank to support the female officer, forcing Lu to leave.

(4)     On or about Sept 17, B and C were outside shelter premises (specifically, on the street sidewalk that encircled the shelter), did not identify themselves, and demanded to know what was the yellow turbid fluid in a vodka bottle. Lu identified himself by name, asked their affiliation in vain, and replied the duo had no right to know. The two threatened to throw Lu's belongings across the street, and proceeded to. Lu fought to stop them, and his belongings were let loose.

(5)     On Nov 1, again at the check point Lu entrusted D to look after his pocket content (with cash). A homeless Z stole it under D's nose, placed it next to his. Iesha Niles and E asserted cash belonged to Z who was in fact caught red-handed in possession of Lu's belongings. D concurred, "If they say that is his [Z's], that is his." Niles and E asked Lu to leave. Z handed cash back to Lu, who objected that at least his ten-dollar bill was missing. At that BPHC officer (badge 802) removed the cash from Lu's

hand and returned it to Z, also saying it was Z's. F arrived, sided with his co-workers, and let Z go in. Lu appealed to evening supervisor Pablo, who instead barred Lu from the shelter.

(6)     Count One: 42 USC §1983 for contravening plaintiff Friedrich Lu's rights secured under Fourth (unreasonable seizure) and Fourteenth Amendment (due process clause).

(7)     Lu demands damage (including punitive one, to be decided by a jury). Asides Lu asks for court cost.

Plaintiff:        Friedrich Lu, pro se
Date:             November 2, 2016
Email address:   chi2flu@gmail.com
Address:         ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112